IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:      25-cr-153 (JWB/DJF) |
| | ) | Date:            April 18, 2025 |
| Michael Paul Lewis, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:   8E |
| Defendant, | ) | Time Commenced:  1:51 p.m. |
| | ) | Time Concluded:    1:56 p.m. |
| | | Time in Court:        5 minutes |

APPEARANCES:

Plaintiff: Campbell Warner, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Public Defender
          X FPD          X To be appointed

Date Charges Filed: 4/17/2025          Offense: Threatening to murder a United States Official; Interstate transmission of a threat to injure the person of another.

X Advised of Rights

on     X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Wednesday, April 23, 2025 at 10:00 a.m. before U.S. Magistrate Judge Dulce J. Foster in CR 8E (MPLS) for:
  X Detention hrg        X Arraignment hrg

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

-Counsel is appointed for the purposes of the initial appearance and detention hearing only. The Court will reassess Defendant's financial eligibility for appointed counsel upon Defendant's request at the detention hearing on April 23, 2025.

    _s/*ALN*_____
Signature of Courtroom Deputy