UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                                      Case No: 25-cr-153 JWB/DJF

       Plaintiff,

v.

                                                     ORDER OF PRELIMINARY
                                                     DETENTION PENDING HEARING
                                                     <u>PURSUANT TO BAIL REFORM ACT</u>

Michael Paul Lewis,

       Defendant,

_____

       Upon motion of the United States it is ORDERED that a detention/arraignment hearing is set for April 23, 2025 at 10:00 a.m. before Magistrate Judge Dulce J. Foster, 8E, Diana E. Murphy Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated:  April 18, 2025                                         *s/ Dulce J. Foster*
                                                              Dulce J. Foster
                                                               U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.