UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 25-cr-153 (JWB/DJF) |
| Plaintiff, | |
| v. | **Brady Obligation Order** |
| Michael Paul Lewis, | |
| Defendant. | |

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: April 18, 2025

*s/ Dulce J. Foster*
Dulce J. Foster
U.S. Magistrate Judge