AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

RID # 11794249

| | |
|---|---|
| United States of America<br>v.<br>Michael Paul Lewis (1)<br><br>_____<br>Defendant | ) <br> ) <br> ) Case No. CR 25-153 JWB/DJF<br> ) <br> ) <br> ) |

RECEIVED
APR 2 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Paul Lewis ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Threatening To Murder a United States Official, 18:115(a)(1)(B);
Count 2: Interstate Transmission of a Threat To Injure the Person of Another, 18:875(c).

Date: 04/17/2025        _____M. Fogarty_____
                                         *Issuing officer's signature*

City and state:   Minneapolis, MN         Kate M. Fogarty, Clerk of Court
                                                                    *Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____                                    _____
                                                          *Arresting officer's signature*

ARRESTED ON 4/17/2025
ARRESTED BY FBI                              _____
U.S. MARSHAL                                            *Printed name and title*
DISTRICT OF MINNESOTA
BY _____

SCANNED
APR 2 2 2025
U.S. DISTRICT COURT MPLS