# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Michael Paul Lewis,<br><br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:　　　　　25-cr-153 JWB/DJF<br>Date:　　　　　　April 23, 2025<br>Court Reporter:　　Lori Simpson<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　8E<br>Time Commenced:　10:03 a.m.<br>Time Concluded:　10:05 a.m.<br>Time in Court:   2 minutes |

**APPEARANCES:**

　Plaintiff: Andrew Winter, Assistant U.S. Attorney
　Defendant:  Kate Adams
　　　X FPD

**Indictment Dated:** 4/17/2025

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered


Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/*aln*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy