IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>      Plaintiff,    )<br>  )<br> v.    )<br>  )<br> Michael Paul Lewis,   )<br>  )<br>      Defendant,    ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:   25-cr-153 JWB/DJF<br>Date:    April 23, 2025<br>Court Reporter:  Lori Simpson<br>Courthouse:   Minneapolis<br>Courtroom:   8E<br>Time Commenced:  10:05 a.m.<br>Time Concluded:   10:39 a.m.<br>Time in Court:  34 minutes |

<u>X **DETENTION HRG ONLY**</u>

APPEARANCES:

   Plaintiff: Andrew Winter, Assistant U.S. Attorney
   Defendant:  Kate Adams, Assistant Federal Public Defender
            <u>X</u> FPD

On X Indictment

X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.

Additional Information:

Defendant arraigned, see arraignment minutes and order.
-Govt admits Exhibit 1.
-Defense admits Exhibits 1-2.


              <u>    s/*aln*           </u>
                Signature of Criminal Duty Clerk