# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case. No. 25-cr-0153 (JWB/DJF) |
| v. | |
| Michael Paul Lewis, | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Defendant. | |

This matter is before the Court on Defendant's Second Motion to Exclude Time Under the Speedy Trial Act ("Motion") (ECF No. 25) pursuant to 18 U.S.C. § 3161(h)(1), which seeks to exclude time from the date of the Motion, July 2, 2025, until July 23, 2025, from the Speedy Trial Act computations in this case. As grounds for the request, Defendant Michael Paul Lewis states that he is requesting additional time to maintain his ongoing sobriety and show continuing compliance with the conditions of his pretrial release. Mr. Lewis also requests additional time to allow the parties to discuss and explore a potential resolution. The government does not oppose the Motion.

Pursuant to 18 U.S.C. § 3161(h)(1), the Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the Motion and Statement of Facts (ECF Nos. 25, 26) and the supporting documents.

Accordingly, **IT IS HEREBY ORDERED** that

1. Defendant's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 25) is **GRANTED**.

2. The time from **July 2, 2025 through July 23, 2025** shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 9, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge