# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No: 25-CR-153(1) JWB/DJF |
| v. | ) | Date: March 11, 2026 |
| | ) | Court Reporter: Lynne Krenz |
| MICHAEL PAUL LEWIS, | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 7A |
| | ) | Time Commenced: 2:05 PM |
| | ) | Time Concluded: 2:43PM |
| | ) | Time in Court: 38 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Nathan Nelson, Assistant United States Attorney
   For Defendant:   Nicole A. Kettwick, Retained

**x Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 5 months | | 1 years | | |

- x   Special conditions of : **See J&C for special conditions**
  - x   Defendant sentenced to pay:
    - x Fine in the amount of $5,500.00.
    - x   Special assessment in the amount of $100.00.
- x   Plea and plea agreement accepted.
- x   Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released, with a voluntary surrender date of May 12, 2026.
- x   On Motion of the Gov't., the remaining count is dismissed.
- x   Docket nos.: 47 - 54 shall remain sealed until March 11, 2031.

                                                                                          s/D. Dodd
                                                                                       Courtroom Deputy